IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CV458-03-MU

DOUGLAS WADE MELTON,           )
                               )
        Plaintiff,             )
                               )
        v.                     )
                               )           **O R D E R**
SHERRI SIMMONS, et al.,        )
                               )
        Defendants.            )
                               )

**THIS MATTER** comes before the Court on Plaintiff's Motion to Compel Discovery filed on December 1, 2008 (Document No. 14.)

Plaintiff asks this Court to compel multiple non-party entities to provide him with copies of his medical records, presumably without cost. It does not appear, however, that Plaintiff has previously requested these records, either informally through the submission of a signed release, or formally. That being so, a motion to compel is not authorized. Therefore, Petitioner's motion to compel is premature and will be denied.

**SO ORDERED**.

Signed: December 3, 2008

Graham C. Mullen
United States District Judge