# United States District Court
# For The Western District of North Carolina
# Asheville Division

DOUGLAS WADE MELTON,

       Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                           1:08CV458

SHERRI SIMMONS et.al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/13/2010 Order.

Signed: January 14, 2010

Frank G. Johns, Clerk
United States District Court